NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISAIAS GUTIERREZ NUNEZ, : <br> Petitioner, : <br> v. : <br> UNITED STATES OF AMERICA, : <br> Respondent. : | Hon. Dennis M. Cavanaugh <br><br> **ORDER** <br><br> Crim. No. 03-490 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Isaias Gutierrez Nunez ("Petitioner") for a sentencing adjustment filed on December 27, 2009, purportedly pursuant to 18 U.S.C. § 3642 (c) and § 3553(a); this Court, having carefully considered the parties' submissions;

**WHEREAS** the Petitioner was sentenced on March 21, 2005;

**WHEREAS** the Court finds that Petitioner's motion for sentencing adjustment is governed by Fed. R. Crim. P. 35(a);

**WHEREAS** the Court finds Petitioner's motion for sentencing adjustment to be untimely, pursuant to Fed. R. Crim. P. 35(a)[1];

**WHEREAS** Petitioner's only remaining alternative to seek adjustment of an allegedly illegal sentence is pursuant to 28 U.S.C. § 2255;

---

[1] Pursuant to Fed. R. Crim. P. 35(a), the Court may correct a sentence that resulted from error within 14 days after sentencing.

**WHEREAS** even if the Court construes Petitioner's motion as one under 28 U.S.C. § 2255, this remedy has been exhausted, as Petitioner filed a petition under § 2255 on December 29, 2005, and the Court ultimately denied it on July 7, 2007;[2]

**IT IS** on this _26_ day of May, 2010;

**ORDERED** that Petitioner's motion for a sentencing adjustment is **denied**.

Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:         All Counsel of Record
            Hon. Mark Falk, U.S.M.J.
            File

---

[2] Moreover, the Court notes that the statute of limitations has expired for any further motions under 28 U.S.C. § 2255.